CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
CCarlyon@ClarkHill.com
TOSteen@ClarkHill.com

*[Proposed] Counsel for Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DC SOLAR FREEDOM, INC. | Case No.: 19-50135-BTB<br>Chapter 11<br><br>Hearing Date: [TBD]<br>Hearing Time: [TBD]<br><br>VERIFICATION OF CREDITOR MATRIX |

Pursuant to Local Bankruptcy Rule 1007-1, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: <u>February 4, 2019</u>                                 Signature:<u>*/s/Robert A. Karmann*</u>
                                                                                           Robert A. Karmann
                                                                                           Secretary and Chief Financial Officer

```
KMH SYSTEMS INC.
PO BOX 575
MOUNT PROSPECT, IL  60056

ALPINE POWER SYSTEMS INC
PO BOX 77000
DETROIT, MI  42877-0783

United States Trustee
300 Booth Street #3009
Reno, NV 89509

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Department of Taxation, Bankruptcy Section
4600 Kietzke Ln., Suite L-235
Reno, NV 89502

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

United States Attorney
100 W. Liberty Street #600
Reno, NV 89501

Social Security Administration
Office of the Regional Chief Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071
```

GlassRatner
425 California Street, Suite 900
San Francisco, CA  94014

Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071