1
Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
2
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
3
Reno, NV 89509
Telephone: (775) 324-2800
4
Fax:  (775) 324-1818
notices@bankruptcyreno.com
5
Attorney for Christina Lovato, Chapter 7 Trustee

6

7
**UNITED STATES BANKRUPTCY COURT**

8
**DISTRICT OF NEVADA**

| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor.<br><br>___<br><br>___Affects DC Solar Solutions, Inc.<br>___Affects DC Solar Distribution, Inc.<br>_X_Affects DC Solar Freedom, Inc.<br>___Affects Double Jump, Inc. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Jointly Administered with:<br><br>| 19-50130-gs | DC Solar Solutions, Inc. |<br>| 19-50131-gs | DC Solar Distribution, Inc. |<br>| 19-50135-gs | DC Solar Freedom, Inc. |<br><br>**GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER**<br><br>**SCHEDULES OF ASSETS AND LIABILITIES**<br><br>**STATEMENT OF FINANCIAL AFFAIRS**<br><br>**No Hearing Required** |

20      1.      Christina Lovato, Chapter 7 trustee ("Trustee"), for the jointly administered

21 bankruptcy estates ("Estates") of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar

22 Distribution, Inc. and DC Solar Freedom, Inc. is contemporaneously filing these Global Notes (as

23 defined below) as a supplement to and integral part of the Schedules of Assets and Liabilities (the

24 "Schedules") and Statement of Financial Affairs (the "SOFA") for DC Solar Solutions, Inc. ("DC

25 Solar Solutions" or the "Debtor") filed in the United States Bankruptcy Court, District of Nevada.

26 The Trustee prepared the Schedules and SOFA as of the Petition Date (as defined in the

27 following section) pursuant to section 521 of Title 11 of the United States Bankruptcy

28 Code, as amended (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), with the assistance of her financial advisors.  These Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and SOFA (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be referred to and reviewed in connection with any review of the Schedules and SOFA.

**Background**

2.    On January 30, 2019, Double Jump, Inc.[1] and the Real Estate Debtors each commenced a case by filing petitions for relief under chapter 11 of the Bankruptcy Code.  On February 3, 2019 (the "Petition Date"), DC Solar Solutions commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code.  On February 4, 2019, DC Solar Distribution, Inc. ("DC Solar Distribution") commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code.  Finally, on February 5, 2019, DC Solar Freedom, Inc. commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

3.    On February 12, 2019, the Court granted the Debtors' request that the Chapter 11 Cases be jointly administered.

4.    On March 14, 2019, the Court entered its *Final Order (I) Authorizing the Retention of GlassRatner Advisory & Capital Group, LLC to Provide Chief Restructuring Officer and Certain Additional Personnel, (II) Designating Seth R. Freeman as Debtors' Chief Restructuring Officer Effective as of the Petition Date* [Doc. 350].

5.    Despite their efforts, and those of the Debtors' financial advisor, the CRO and other court-approved professionals, the Debtors were unable to secure financing and, as a result, were left without funds to reorganize.  Accordingly, on March 20, 2019, the Debtors filed a motion to convert the case to Chapter 7 [Doc. No. 390].

---

[1] Double Jump, Inc. ("Holdings"), Dora Dog Properties, LLC, Dog Blue Properties, LLC, Brandy Boy Properties, LLC, 475 Channel Road, LLC, Park Road, LLC, 140 Mason Circle, LLC (the "Real Estate Debtors"), DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar Freedom, Inc., (the "DC Solar Debtors") (collectively, the "Debtors").

6.      By order dated March 22, 2019, the Chapter 11 Cases were converted to Chapter 7.  On the same day, Christina Lovato was appointed Trustee of Holdings and the DC Solar corporate Debtors.

**General Disclaimer**

7.      The Schedules and the SOFA are unaudited and subject to potential adjustment.  In preparing the Schedules and the SOFA, the Trustee and her professionals relied on financial data derived from the Debtor's books and records that was available at the time of preparation.  The Trustee and her professionals have made reasonable efforts to ensure that the Schedules and the SOFA are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in changes to the Schedules and SOFA and errors or omissions may exist.  It is noted that on December 18, 2018, the business offices operated by DC Solar Solutions were the subject of a seizure action by the United States during which substantially all of its business records were removed and are currently being held by the FBI.  Although the Trustee has a copy of the main server maintained by the Debtor, its accuracy and completeness is unknown.  Thus, the Trustee is at a disadvantage in her efforts to prepare complete and accurate Schedules and SOFA for the DC Solar Solutions estate as of the Petition Date.

8.      The Trustee reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and SOFA as to any amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated". Furthermore, nothing contained in the Schedules, SOFA, or the General Notes shall constitute a waiver of any of the Trustee's rights or an admission with respect to these chapter 7 cases, including any issues involving objections to claims, substantive consolidation, defenses, affirmative claims against third parties or rights against third parties, other issues that typically arise under the Bankruptcy Code.

///

///

///

3

### Notes on Schedules of Assets and Liabilities

**Method of Valuation**

9.     Unless otherwise noted, the carrying value on the Debtor's books and records (net book value) as of the Petition Date, rather than the current market values, of the Debtor's interest in the property and of the Debtor's liabilities, is reflected on the Debtor's Schedules and SOFA. The net book value may not correspond to market value, or liquidation value, of which may be either higher or lower.

**Insiders**

10.     The Trustee and her professionals have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed to be an "insider". The listing of a party as an insider in the SOFA is not intended to be nor should be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

Global Notes Control.  In the event that the Schedules and SOFA differ from the foregoing Global Notes, the Global Notes shall control.

* * * END OF GLOBAL NOTES * * *

* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | DC Solar Freedom, Inc. |
| United States Bankruptcy Court for the: | District of Nevada, Reno Division |
| Case number (if known): | 19-50135-GS |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|
| **None** | | |

4. **Other cash equivalents** *(Identify all)*

| Name of institution (bank or brokerage firm) | | |
|---|---|---|
| **None** | | |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. _____

### Part 2: Deposits and prepayments

Debtor    **DC Solar Freedom, Inc.**                                Case number *(if known)* **19-50135-GS**
                Name

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    _____

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts Receivable**

| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ..... → | **$0.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ..... → | **$0.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

Debtor      **DC Solar Freedom, Inc.**                                    Case number *(if known)* **19-50135-GS**
_____
Name

---

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    _____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture**

Name of entity:                              % of ownership:

**None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    _____

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page **3**

Debtor    **DC Solar Freedom, Inc.**                                    Case number *(if known)* **19-50135-GS**
          Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                              _____

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| **None** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **None** | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **None** | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| **None** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| **None** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                              _____

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

43. **Total of Part 7**
   Add lines 39 through 42. Copy the total to line 86.

   _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

Debtor    **DC Solar Freedom, Inc.**                    Case number *(if known)*  **19-50135-GS**
      Name

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |
| 48. **Watercraft, trailers, motors, and related accesories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vesels | | | |
| None | | | |
| 49. **Aircraft and accesories** | | | |
| None | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| None | | | |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

                                                            _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 9:   Real Property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| None | | | | |

Debtor    **DC Solar Freedom, Inc.**                                    Case number *(if known)* 19-50135-GS
          Name

56.   **Total of Part 9**

      Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.                    _____

57.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No. Go to Part 11.
      ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** <br> Unknown | | | |
| 61.  **Internet domain names and websites** <br> www.dcsolarfreedom.com | Unknown | | Unknown |
| 62.  **Licenses, franchises, and royalties** <br> Unknown | | | |
| 63.  **Customer lists, mailing lists, or other compilations** <br> Unknown | Unknown | | Unknown |
| 64.  **Other intangibles, or intellectual property** <br> Unknown | | | |
| 65.  **Goodwill** <br> Unknown | | | |

66.   **Total of Part 10**

      Add lines 60 through 65. Copy the total to line 89.                                        Unknown

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
      ☑ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

Debtor    **DC Solar Freedom, Inc.**                                    Case number *(if known)*   **19-50135-GS**
          Name

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

71.   **Notes receivable**

Description (include name of obligor)

| Unknown | | Unknown | - | Unknown | => → | Unknown |
|---|---|---|---|---|---|---|
| | | Total face amount | | doubtful or uncollectible amount | | |

72.   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Unknown | Tax year: | Unknown | Unknown |
|---|---|---|---|

73.   **Interests in insurance policies or annuities**

Unknown                                                                  Unknown

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Unknown                                                                  Unknown

Nature of claim              Unknown

Amount requested             _____

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Unknown                                                                  Unknown

Nature of claim              Unknown

Amount requested             _____

76.   **Trusts, equitable or future interests in property**

Unknown                                                                  Unknown

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Unknown                                                                  Unknown

78.   **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                      Unknown

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

Debtor    **DC Solar Freedom, Inc.**                                  Case number *(if known)* **19-50135-GS**
          Name

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____Unknown_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____Unknown_____ | |
| 91. **Total.** Add lines 80 through 90 for each column... 91a. | $0.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $0.00 |

Fill in this information to identify the case:

Debtor name          DC Solar Freedom, Inc.

United States Bankruptcy Court for the:

District of Nevada, Reno Division

Case number (if known):     19-50135-GS

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| **3.**    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00 | |

Debtor    DC Solar Freedom, Inc.                                    Case number *(if known)*  19-50135-GS
          Name

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ DC Solar Freedom, Inc. _____

United States Bankruptcy Court for the:
_____ District of Nevada, Reno Division _____

Case number (if known): _____ 19-50135-GS _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| | | |
|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____  _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____  _____ |

Debtor    **DC Solar Freedom, Inc.**
Name

Case number *(if known)* **19-50135-GS**

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Go Green Studio Rentals**

4901 Park Road

Benicia, CA 94510

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Towing / Hauling

Is the claim subject to offset?
☐ No
☑ Yes

$19,380.00

---

**3.2** | Nonpriority creditor's name and mailing address

**KMH Systems Inc.**

135 Mason Cir

Concord, CA 94520-8542

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

$34,335.17

---

**3.3** | Nonpriority creditor's name and mailing address

**Loans Payable - Shareholders (Carpoff)**

30 Pebble Dunes Ct

Las Vegas, NV 89141-6069

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Loan from Shareholders
(Jeff & Paulette Carpoff)

Is the claim subject to offset?
☐ No
☑ Yes

$51,044.94

---

**3.4** | Nonpriority creditor's name and mailing address

**Pacific Coast Propane, LLC**

PO Box 353

Ontario, CA 91762

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Propane Fuel for MSG's

Is the claim subject to offset?
☑ No
☐ Yes

$256.19

---

**3.5** | Nonpriority creditor's name and mailing address

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    __DC Solar Freedom, Inc._____    Case number *(if known)* __19-50135-GS_____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | __$0.00_____ |
| 5b.    **Total claims from Part 2** | 5b.    **+** | __$105,016.30_____ |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$105,016.30_____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | DC Solar Freedom, Inc. |
| United States Bankruptcy Court for the: | District of Nevada, Reno Division |
| Case number (if known): | 19-50135-GS    Chapter ___7___ |

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Ground Lease & License Agreements / Various <br> **State the term remaining** <br> **List the contract number of any government contract** | See Attachment 2.1 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |

**DC Solar Freedom, Inc.**

Lead Case No.: BK-19-50135-GS
Ground Lease and License Agreements

| Ground Lease | | | | | |
|---|---|---|---|---|---|
| **Lessee** | **Lessor** | **Property Address** | **Execution Date** | **Annual Rent** | **Term** |
| DC Solar Freedom, Inc. | Kauffman 4 Share | 1989 Camaro Avenue, Columbus, OH 43207 | 5/29/2018 | $    1.00 | 5 Years |

| License Agreements | | | | | |
|---|---|---|---|---|---|
| **Licensee** | **Licensor** | **Licensed Premises** | **Execution Date** | **License Fee** | **Term** |
| DC Solar Freedom, Inc. | City of Orlando | 600 West Amelia Street, Orlando, FL | 5/30/2018 | $    1.00 | 5 Years |
| DC Solar Freedom, Inc. | City of Phoenix | Multiple Premises | 4/16/2018 | $   10.00 | 5 Years |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | DC Solar Freedom, Inc. |
| United States Bankruptcy Court for the: | District of Nevada, Reno Division |
| Case number (if known): | 19-50135-GS |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Footnote in Column 2 | Street<br><br>City          State     ZIP Code | **\*The Trustee is currently investigating any and all guarantees provided by any party on behalf of the Debtor.** | |
| 2.2 | Street<br><br>City          State     ZIP Code | | |
| 2.3 | Street<br><br>City          State     ZIP Code | | |
| 2.4 | Street<br><br>City          State     ZIP Code | | |
| 2.5 | Street<br><br>City          State     ZIP Code | | |

Debtor    DC Solar Freedom, Inc.                                    Case number *(if known)* 19-50135-GS
               Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street _____ _____ City            State        ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ DC Solar Freedom, Inc. _____

United States Bankruptcy Court for the:
_____ District of Nevada, Reno Division _____

Case number (if known): _____ 19-50135-GS _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*......................................................................................

| $0.00 |
|---|

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...................................................................................

| $0.00 |
|---|

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.....................................................................................

| $0.00 |
|---|

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $0.00 |
|---|

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................

| $0.00 |
|---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

| **+** | $105,016.30 |
|---|---|

4. **Total liabilities**........................................................................................................................

| $105,016.30 |
|---|

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____ DC Solar Freedom, Inc. _____

United States Bankruptcy Court for the:

_____ District of Nevada, Reno Division _____

Case number (if known): _____ 19-50135-GS _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2019 to Filing date<br><sub>MM/ DD/ YYYY</sub> | ☑ Operating a business<br>☑ Other  0 | $0.00 |
| For prior year: | From 01/01/2018 to 12/31/2018<br><sub>MM/ DD/ YYYY    MM/ DD/ YYYY</sub> | ☑ Operating a business<br>☑ Other  0 | $0.00 |
| For the year before that: | From 01/01/2017 to 12/31/2017<br><sub>MM/ DD/ YYYY    MM/ DD/ YYYY</sub> | ☑ Operating a business<br>☑ Other  0 | $0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2019 to Filing date<br><sub>MM/ DD/ YYYY</sub> | | |
| For prior year: | From 01/01/2018 to 12/31/2018<br><sub>MM/ DD/ YYYY    MM/ DD/ YYYY</sub> | | |
| For the year before that: | From 01/01/2017 to 12/31/2017<br><sub>MM/ DD/ YYYY    MM/ DD/ YYYY</sub> | | |

---

Debtor    DC Solar Freedom, Inc.                                    Case number *(if known)* 19-50135-GS
_____    _____            _____
          Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  KMH Systems Inc.<br>Creditor's name<br>Po Box 575<br>Street<br><br>Mt Prospect, IL 60056-0575<br>City          State    ZIP Code | 11/15/2018<br><br>11/27/2018 | $14,135.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.2.  Montage Services Inc.<br>Creditor's name<br>41 W Shore Rd<br>Street<br><br>Belvedere, CA 94920-2461<br>City          State    ZIP Code | 11/27/2018 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Two (2) Year Payments<br>Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>Various | | Various | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    DC Solar Freedom, Inc. _____    Case number *(if known)* 19-50135-GS _____
         Name

5.1. _____    _____    _____    _____
     Creditor's name

     _____
     Street

     _____

     _____
     City        State   ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

5.1. _____    _____    _____    _____
     Creditor's name

     _____    XXXX– ___ ___ ___ ___
     Street

     _____

     _____
     City        State   ZIP Code

## Part 3:  Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Sealed | Alleged Fraud | United States District Court Eastern Division California | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 501 I Street | ☐ Concluded |
| | | | Street | |
| | Sealed | | Room 4-200 | |
| | | | Sacramento, CA 95814-7300 | |
| | | | City    State   ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City    State   ZIP Code | | |
| | | **Date of order or assignment** | City    State   ZIP Code |

Debtor      DC Solar Freedom, Inc.                                    Case number *(if known)* 19-50135-GS
            Name

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

| **Part 5:** | **Certain Losses** |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| 10.1. | | | |

---

| **Part 6:** | **Certain Payments or Transfers** |

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    DC Solar Freedom, Inc.                                          Case number (if known) 19-50135-GS
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | United States Bankruptcy Court | Filing Fees | 02/05/2019 | $1,717.00 |
| | **Address** | | | |
| | 300 Bowl Street | | | |
| | Street | | | |
| | | | | |
| | Reno, NV 89509 | | | |
| | City                State      ZIP Code | | | |
| | **Email or website address** | | | |
| | www.nvbuscourts.gov | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Skadden, Arps, Slate, Meagher & Flom, LLP | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | See Two (2) Year Payments | | | Various |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Various Related Parties | | | |

Debtor      DC Solar Freedom, Inc.                                         Case number (if known) 19-50135-GS
            Name

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|---------------------|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State     ZIP Code | |

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> City    State    ZIP Code | _____ <br><br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.  Account Data - name, address, phone numbers

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

Debtor    DC Solar Freedom, Inc.                                          Case number *(if known)* 19-50135-GS
          Name

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.** Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20.** Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Debtor    DC Solar Freedom, Inc.                                          Case number (if known)  19-50135-GS
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

| Debtor | DC Solar Freedom, Inc. | Case number *(if known)* 19-50135-GS |
|---|---|---|
| | Name | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor      DC Solar Freedom, Inc.                                          Case number *(if known)* 19-50135-GS
            Name

| Name and address | Dates of service |
|---|---|
| 26a.1.  Robert Karmann<br>Name<br><br>4901 Park Road<br>Street<br><br><br>Benicia, CA 94510<br>City                    State                ZIP Code | From 01/01/2014    To Present |

| Name and address | Dates of service |
|---|---|
| 26a.2.  Shannon Perriera<br>Name<br><br>4901 Park Road<br>Street<br><br><br>Benicia, CA 94510<br>City                    State                ZIP Code | From 1/1/2017    To Present |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Scott Wentz DH & Co, LLP<br>Name<br><br>750 Commercial Street<br>Street<br><br><br>San Francisco, CA 94108<br>City                    State                ZIP Code | From 01/01/2017    To 12/31/2017 |

| Name and address | Dates of service |
|---|---|
| 26b.2.  Ronald Roach Accountancy Corp.<br>Name<br><br>101 Rudgear Drive<br>Street<br><br><br>Walnut Creek, CA 94596<br>City                    State                ZIP Code | From 1/1/2016    To 12/31/2016 |

| Name and address | Dates of service |
|---|---|
| 26b.3.  Sean Snodgrass, CPA<br>Name<br><br>1055 W. College Ave.<br>Street<br><br><br>Santa Rosa, CA 95401<br>City                    State                ZIP Code | From 01/01/2017    To Present |

Debtor     DC Solar Freedom, Inc. _____     Case number (if known) 19-50135-GS _____
                Name

| Name and address | Dates of service |
|---|---|

26b.4.

Montage Services _____     From 01/01/2017 ___     To Present _____
Name

140 Geary Street _____
Street

_____
San Francisco, CA 94108 _____
City                              State              ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Shannon Perreira _____     Physical records seized by FBI on December
Name                                                          18, 2018, but computer server remained.

4901 Park Rd _____
Street

_____
Benicia, CA 94510 _____
City                              State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Robert Karmann _____     Physical records seized by FBI on December
Name                                                          18, 2018, but computer server remained.

4901 Park Rd _____
Street

_____
Benicia, CA 94510 _____
City                              State              ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.

Unknown _____
Name

_____
Street

_____
_____
City                              State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor        DC Solar Freedom, Inc.                                    Case number *(if known)* 19-50135-GS
              Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____

        Name  _____

        Street _____

        _____
        City                    State              ZIP Code

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert A. Karmann | 4901 Park Rd Benicia, CA 94510-1190 | Secretary and CFO, | 0.00% |
| Jeffrey P. Carpoff | 30 Pebble Dunes Ct Las Vegas, NV 89141-6069 | Former Owner, | 0.00% |
| Paulette L. Carpoff | 30 Pebble Dunes Ct Las Vegas, NV 89141-6069 | Former Owner's Wife/Insider, | 0.00% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | . | From _____ |
| | | | To    _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See Two (2) Year Payments | Various | | |
| Name | | | |
| Street | | | |
| City                    State              ZIP Code | | | |

| Relationship to debtor |
|---|
| Various |

Debtor      DC Solar Freedom, Inc.                                          Case number *(if known)*  19-50135-GS
            Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN:  ___  ___  –  ___  ___  ___  ___  ___  ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN:  ___  ___  –  ___  ___  ___  ___  ___  ___ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          08/05/2019
                    MM/  DD/  YYYY

**X** */s/ Christina Lovato*

Signature of individual signing on behalf of the debtor

Position or relationship to debtor
Chapter 7 Trustee

Printed name     Christina Lovato, Chapter 7 Trustee

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

## DC Solar Freedom, Inc.

Lead Case No.: BK-19-50135-GS

Summary - All Payments and Transfer in Two (2) Year Period

| Creditor Name | Amount | Relationship to Debtor |
|---|---:|---|
| Antioch Mini Storage LLC | $ 534.61 | Company owned by Carpoffs |
| Bay Area Screenprint Inc | 87,220 | Company owned by Carpoffs |
| Praeditis Group LLC - Julie Muraco | 13,860 | Former Shareholder's Company |
| Ronald J. Roach Accountancy Corporation | 1,880 | Former Treasurer/Shareholder |
| **Total** | **$ 103,494** | |

Detail - Two (2) Year Payments

## DC Solar Freedom, Inc.

Lead Case No.: BK-19-50135-GS
Detail - All Payments and Transfer in Two (2) Year Period

| Bank Account | Date | Num | Name | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|
| Heritage Bank of Co | 06/28/17 | WIRE | Antioch Mini Storage LLC | Ò | Payables | | $    534.61 |
| | | | **Antioch Mini Storage LLC Total** | | | | **534.61** |
| CTBC Bank - 1940 | 02/07/18 | WIRE | Bay Area Screenprint Inc | Ò | Payables | | 87,220.00 |
| | | | **Bay Area Screenprint Inc Total** | | | | **87,220.00** |
| Heritage Bank of Co | 05/09/17 | 1034 | Praeditis Group LLC - Julie Muraco | Ò | Payables | | 4,762.12 |
| CTBC Bank - 1940 | 03/29/18 | 30005 | Praeditis Group LLC - Julie Muraco | Ò | Payables | | 2,370.51 |
| CTBC Bank - 1940 | 12/11/17 | 30003 | Praeditis Group LLC - Julie Muraco | Ò | Payables | | 6,726.97 |
| | | | **Praeditis Group LLC - Julie Muraco Total** | | | | **13,859.60** |
| CTBC Bank - 1940 | 10/18/17 | 30001 | Ronald J. Roach Accountancy Corporation | Ò | Payables | | 1,880.00 |
| | | | **Ronald J. Roach Accountancy Corporation Total** | | | | **1,880.00** |
| | | | **Grand Total** | | | | **$ 103,494.21** |

3:33 PM
06/03/19
Accrual Basis

DC Solar Freedom, Inc
**Balance Sheet**
As of February 4, 2019

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Other Current Assets** | |
| Due From Gov't Seizure | 22,145.68 |
| To/From DC Solar Solutions, Inc | 2,232,062.83 |
| **Total Other Current Assets** | 2,254,208.51 |
| **Total Current Assets** | 2,254,208.51 |
| **TOTAL ASSETS** | 2,254,208.51 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Payables | 1,204,168.43 |
| **Total Accounts Payable** | 1,204,168.43 |
| **Other Current Liabilities** | |
| **Loans Payable - Current** | |
| Loans Payable - Shareholders | 51,044.94 |
| Loans Payable DC Solar Solution | 2,157,176.50 |
| **Total Loans Payable - Current** | 2,208,221.44 |
| **Total Other Current Liabilities** | 2,208,221.44 |
| **Total Current Liabilities** | 3,412,389.87 |
| **Total Liabilities** | 3,412,389.87 |
| Equity | |
| Retained Earnings | -1,155,947.45 |
| Net Income | -2,233.91 |
| **Total Equity** | -1,158,181.36 |
| **TOTAL LIABILITIES & EQUITY** | 2,254,208.51 |